423 A.2d 1309

Main Line Fed. S&L Assn. v. Belair Elec., Appellant.

Argued June 18, 1979. William H. Lamb, for appellant; Robert S. Gawthrop, Jr., for appellee.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

638

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.